UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANEEICE LEMMONS,

                    Plaintiff,

          v.

FRANK BISIGNANO,

                    Defendant.

Case No.  25-cv-10814-TSH

**ORDER GRANTING IN FORMA PAUPERIS APPLICATION**

Re: Dkt. No. 2

 

    Plaintiff Shaneeice Lemmons initiated this lawsuit by filing a complaint (ECF No. 1) and application to proceed in forma pauperis (ECF No. 2).  Having considered the application and complaint, the Court hereby **GRANTS** Plaintiff's application.  Pursuant to the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g), no summons or order of service need follow.

    **IT IS SO ORDERED.**

Dated: December 22, 2025

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California